APPEAL No. 75-43. SEQUINO FAMILY TRUST UNDER WILL OF PASQUALINA SEQUINO *et al. v.* TOWN OF WARREN. Motion of the plaintiffs to affirm the judgment below pursuant to Rule 16 (g) is granted. *Edward P. Manning,* for petitioners. *Pasquale T. Annarummo,* Town Solicitor, for respondent.

APPEAL No. 75-99. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. Motion for injunctive relief is denied. *James P. Flynn,* for plaintiff. *Milton Stanzler,* for defendant.

APPEAL No. 75-160. DONATO L. PERRIELLO *v.* THOMAS DEL VECCHIO. Motion of counsel to withdraw from his representation of the plaintiff-appellant is assigned to the first Monday in October 1975 for oral argument. Attorney for the plaintiff-appellant is directed to notify the plaintiff-appellant of this hearing. *Richard B. Feinstein,* for plaintiff. *Robert K. Pirraglia, John G. Carroll,* for defendant.